JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| ARABELLA HOGG, | Case No.: 2:19-cv-10369-DSF-GJS |
| Plaintiff, | |
| vs. | **ORDER FOR DISMISSAL WITH PREJUDICE** |
| TARGET CORPORATION; and DOES 1 through 10, inclusive, | |
| Defendants. | |

The Court has reviewed the Joint Stipulation to Dismiss of Plaintiff ARABELLA HOGG and Defendant TARGET CORPORATION. The entire action, including all claims and counterclaims stated herein against all parties, is hereby dismissed with prejudice.

Dated: June 16, 2022

_____

Dale S. Fischer
United Stated District Judge

1